1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN TODD SACKRIDER,

        Plaintiff,

   v.

SAN MATEO COUNTY JAIL, et al.,

        Defendants.
                                 /

No. C 13-3523 NC (PR)

**ORDER OF DISMISSAL**

     On July 30, 2013, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On August 5, 2013, the court issued an order dismissing the complaint with leave to amend.  (Docket No. 5.)  On August 8, 2013, the court's order was returned as undeliverable due to plaintiff no longer being in custody.  (Docket No. 7.)  As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

     Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending.  See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  See L.R. 3-11(b).

1    More than sixty days have passed since the mail addressed to plaintiff was returned as

2  undeliverable.  The court has not received a notice from plaintiff of a new address.

3  Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to

4  Rule 3-11 of the Northern District Local Rules.

5    The Clerk is directed to close the file.

6

7    IT IS SO ORDERED.

8  DATED:    October 15, 2013

NATHANAEL M. COUSINS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2